# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **CYNTHIA CLARK,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.:  **2:08-CV-01645-RDP** |
| } | |
| **CAPITAL ONE BANK, et al.,** } | |
| } | |
| **Defendants.** } | |

## ORDER OF DISMISSAL

In accordance with the Joint Stipulation of Dismissal (Doc. #22) filed by the parties herein on March 26, 2009, the court hereby **ORDERS** that this action shall be, and is, **DISMISSED WITH PREJUDICE**.  The parties are to bear their own costs, expenses and attorney's fees.

**DONE** and **ORDERED** this   30th   day of March, 2009.



**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE